### 68647. JENNINGS v. THE STATE.

BIRDSONG, Judge.

David Jennings, a/k/a Steele, a/k/a Candilla was convicted of rape, kidnapping, and two counts of aggravated sodomy. He was sentenced to life for rape and received three sentences of twenty years to run concurrently with the life sentence. His appointed attorney has filed a motion to withdraw as counsel pursuant to Anders v. California, 386 U. S. 738 (87 SC 1396, 18 LE2d 493). In accordance with Anders, counsel has filed a brief raising points of law which he considered arguably could support an appeal. In addition, as required by *Bethay v. State*, 237 Ga. 625 (229 SE2d 406), we have fully examined the record and transcript to determine independently if there are any meritorious errors of law. We are in agreement with counsel that the points raised, though persuasively presented, have no merit nor does our independent examination disclose any errors of substance. Appellant has offered no objection to this motion, nor additional argument. Therefore, this court previously having granted the motion to withdraw, we now affirm the conviction (see *Snell v. State*, 246 Ga. 648 (272 SE2d 348)). We are satisfied that the evidence adduced at trial, though partially circumstantial, was sufficient to enable any rational trier of fact to find guilt of the crime charged beyond reasonable doubt. Jackson v. Virginia, 443 U. S. 307 (99 SC 2781, 61 LE2d 560); *Baldwin v. State*, 153 Ga. App. 35, 37 (264 SE2d 528).

*Judgment affirmed. Quillian, P. J., and Carley, J., concur.*

DECIDED JUNE 29, 1984.

*Glenn Thomas, Jr., District Attorney, John B. Johnson III, Assistant District Attorney, for appellee.*